**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eron Esau OVERTON, Defendant—
Appellant.**

**No. 04–5095.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 14, 2005.

Decided April 19, 2005.

Eron Esau Overton, Appellant pro se.
Christopher Joseph Moran, Columbia,
South Carolina, for Appellant.

James Strom Thurmond, Jr., United
States Attorney, Columbia, South Car-
olina; Miller Williams Shealy, Jr., Office of
the United States Attorney, Columbia,
South Carolina, for Appellee.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Eron Esau Overton, a federal inmate,
seeks to appeal his conviction and sen-
tence. We conclude Overton's notice of
appeal is untimely. A notice of appeal in a
criminal case must be filed within ten days
of the entry of the judgment being appeal-
ed. Fed. R.App. P. 4(b)(1). The district
court, upon a finding of excusable neglect
or good cause, may extend the time period
for filing a notice of appeal an additional
thirty days. Fed. R.App. P. 4(b)(4). The
appeal periods established by Rule 4 are
mandatory and jurisdictional. *Browder v.
Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98
S.Ct. 556, 54 L.Ed.2d 521 (1978); *United
States v. Raynor*, 939 F.2d 191, 197 (4th
Cir.1991). Overton's criminal judgment
was entered on September 4, 2003. He
did not file a notice of appeal until Novem-
ber 29, 2004, over a year later. Thus,
Overton's notice of appeal is clearly un-
timely. Accordingly, we dismiss Overton's
appeal for lack of jurisdiction. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*